IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Alberta Rose Jones, et al., | NO. C 09-03860 JW |
|       Petitioners, | **JUDGMENT** |
|   v. | |
| People, State of California, | |
|       Respondent. | |

Pursuant to the Court's September 2, 2009 Order Denying Petition for Habeas Corpus, judgment is entered in favor of Respondent People, State of California, against Petitioners Alberta Rose Jones and Ryan Garrett Jones.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: September 2, 2009

                                        JAMES WARE
                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alberta Rose Jones
Ryan Garrett Jones
1144 Tangerine Way
Sunnyvale, CA 94087

**Dated: September 2, 2009**  **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**